

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2018

No. 04-18-00540-CR

Bert **VILLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR1598
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

In appeal number 04-18-00192-CR of trial court cause number 2014-CR-1598, this court dismissed the appeal for want of jurisdiction because the notice of appeal was filed years after the deadline.

In this appeal, 04-18-00540-CR, this court again dismissed the appeal of trial court cause number 2014-CR-1598 for want of jurisdiction because the notice of appeal was filed years after the deadline.

Subsequently, this court received documents filed by Appellant representing himself. The documents, which for the third time seek to appeal from trial court cause number 2014-CR-1598, include a motion for appointment of counsel on appeal, a notice of appeal from a negotiated plea, a motion for leave to file a late notice of appeal, certificates of service, and unsworn declarations by an inmate.

We construe these documents together as a motion for rehearing. The panel has considered Appellant's pro se motion for rehearing; the motion is DENIED.[1] *See* TEX. R. APP. P. 49.3.

It is so **ORDERED** on September 21, 2018.

ATTESTED TO:_____

Keith E. Hottle
Clerk of Court

**PER CURIAM**

---

[1] Appellant may file an application for writ of habeas corpus for permission to pursue an out-of-time appeal. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West 2015); *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (stating that an out-of-time appeal from a final felony conviction may be sought by filing a writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure).